

**ORDERED in the Southern District of Florida on August 30, 2019.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No. 18-17091-EPK |
| RYAN DUNN, | Chapter 7 |
|     Debtor. | |
| _____/ | |
| MICHAEL R. BAKST, Chapter 7 Trustee, | |
|     Plaintiff, | |
| v. | Adv. Proc. No. 18-01371-EPK |
| RYAN DUNN, | |
|     Defendant. | |
| _____/ | |

**FINAL JUDGMENT DENYING DISCHARGE**

This adversary proceeding came before the Court for trial on May 28, 2019 upon the Amended Complaint [ECF No. 19] filed by Michael R. Bakst, as chapter 7 trustee (the "Trustee"). For the reasons stated in the Court's *Memorandum Opinion*, entered

contemporaneously herewith, and pursuant to the provisions of Fed. R. Bankr. P. 7058, the Court ORDERS and ADJUDGES as follows:

1. Final Judgment is entered in favor of the Trustee and against Ryan Dunn (the "Debtor").

2. The Debtor's discharge is denied pursuant to each of 11 U.S.C. §§ 727(a)(2)(A), 727(a)(3), 727(a)(4)(A), and 727(a)(5).

###

Copy to:

All parties of record by the Clerk